

**SO ORDERED.**

**SIGNED this 25 day of June, 2009.**

_____
ROBERT F. HERSHNER, JR.
UNITED STATES BANKRUPTCY JUDGE

_____

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| IN RE: | : |
| | : CHAPTER 13 |
| Terrel Lee James, | : |
| Darlene Dixon James, | : CASE NO. 08-53736 |
| | : |
| Debtors, | : |
| | : |

ORDER DISMISSING PARTY

IT IS HEREBY ORDERED that debtor, Terrel Lee James, having voluntarily requested to be dismissed from the above captioned bankruptcy, is hereby dismissed from the above captioned bankruptcy case.

Prepared by:
/s/ Sean Bewick
Sean Bewick
Attorney for Debtor
State Bar No. 001508
Post Office Box 13
Macon, GA 31202-0013